1416

## MOTION DOCKET

**98–1331.   Harsco Corp. v. Tracy.**

Board of Tax Appeals, No. 95–K–294.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's request for oral argument before the full court,

IT IS ORDERED by the court that the request for oral argument before the full court be, and hereby is, denied, and the cause is to proceed before the Master Commissioners.

MOYER, C.J., dissents.

## MISCELLANEOUS DISMISSALS

**98–2709.   State ex rel. INF Ent., Inc. v. Cartolano.**

Hamilton App. No. C–980747.   This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.   It appears from the records of this court that appellants have not filed a merit brief, due February 17, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–433.   State ex rel. Swentzel v. Allstate Ins. Co.**

In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.